# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2021

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Felix, Alberto | Docket No. | 0980 2:21CR00053-WFN-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Alberto Felix, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 4th day of June 2021 under the following conditions:

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #27:** If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and can include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Alberto Felix is alleged to be in violation of his pretrial release conditions by failing to submit to a random urinalysis drug test on October 21, 2021.

**Violation #2:** Alberto Felix is alleged to be in violation of his pretrial release conditions by using marijuana on or about October 23, 2021.

**Violation #3:** Alberto Felix is alleged to be in violation of his pretrial release conditions by using cocaine on or about October 23, 2021.

Violations 1-3 preface combined for brevity:

On June 8, 2021, the conditions of pretrial release supervision were reviewed with Mr. Felix which he signed acknowledging an understanding of his conditions, which included standard condition number 9 and special condition number 27. Mr. Felix was referred to Merit Resource Services (Merit) to participate in the color line program for random drug testing and to complete a substance abuse evaluation. He was instructed to call the color line daily, Monday through Friday, and to report in person for drug testing if his assigned color, Gold, was called. Mr. Felix verbalized understanding.

On October 21, Mr. Felix failed to report to Merit for random drug testing. On October 26, 2021, the undersigned officer called Mr. Felix to discuss why he failed to report for drug testing on October 21, 2021. Mr. Felix stated he did not report for drug testing on October 21, 2021, because he did not hear his assigned color called that day. Mr. Felix disclosed he reported to Merit to complete a drug test on October 25, 2021, as his assigned color was called and the drug test results were positive for marijuana and cocaine. Merit staff sent this drug test to Abbott Laboratory for confirmation. Mr. Felix reported he went to a party that his nephew invited him to on October 23, 2021. Mr. Felix reported he did not know the people at the party, but was familiar with some individuals from when he worked at a car wash. While at the party, Mr. Felix reported

Re: Felix,, Alberto
November 10, 2021
Page 2

he ate a slice of cake that he did not know contained marijuana and cocaine. He said another individual at the party later told him the cake he ate contained the controlled substances. When asked why he did not contact the undersigned officer, Mr. Felix stated he meant to, but failed to do so. Mr. Felix admitted to using marijuana and cocaine on October 23, 2021; however, he denies knowingly using the drugs.

On November 5, 2021, the drug test report from Abbott Laboratory was received confirming the positive drug test result for marijuana. On November 7, 2021, the drug test report from Abbot Laboratory was received confirming the positive drug test result for cocaine.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    November 10, 2021

by    s/Elizabeth Lee

Elizabeth Lee
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

November 17, 2021

Date