FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO FELIX,<br><br>Defendant. | No. 2:21-CR-00053-WFN-2<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 77)** |

Before the Court is Defendant's ALBERTO FELIX's Unopposed Motion to Amend Conditions of Release, **ECF No. 77**. The Defendant recites in his motion that the United States and U.S. Probation does not oppose this request.

Specifically, Defendant is requesting the Court to strike the additional special conditions of GPS location monitoring and home confinement.

The Court finding good cause, **IT IS ORDERED** that Defendant's Unopposed Motion to Amend Conditions of Release, **ECF No. 77,** is **GRANTED**.

The special conditions of GPS location monitoring and home confinement shall be removed.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED February 16, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1